# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

137135

DREMA WOLFORD, Personal Representative of
the Estate of FRANKLIN WOLFORD, Deceased,
        Plaintiff-Appellant,

v

DEBORAH L. DUNCAN, M.D., DEBORAH
WILSON, P.A.C., and FENTON MEDICAL
CENTER,
        Defendants-Appellees.

SC: 137135
COA: 277080
Genesee CC: 03-076327-NH

_____/

      On order of the Court, the application for leave to appeal the July 17, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008

_____
Clerk

d1117